IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CR 00008-3 |
| | ) | Judge Norman K. Moon |
| RYAN BUCHANAN, | ) | |
|     Defendant. | ) | |

## RYAN BUCHANAN'S UNOPPOSED MOTION TO CONTINUE SENTENCING

NOW COMES Defendant, RYAN BUCHANAN, through his attorney, JOSHUA B. ADAMS, and respectfully requests that this honorable court continue the sentencing in this matter currently set for November 27, 2017. In support of his motion, Mr. Buchanan states the following.

1. Sentencing in this matter is set for November 27, 2017 at 2:00 p.m.

2. Mr. Buchanan pled guilty on February 2, 2017.

3. As of the date of this motion, Neither Mr. Buchanan or his counsel have received the Pre-Sentence Investigation Report.

4. Counsel expects to file a comprehensive sentencing memorandum for this honorable court and wishes to review the PSI with Mr. Buchanan prior to a sentencing hearing.

5. Counsel has spoken with the Probation Officer who has stated that the report will be completed within the next 2 weeks.

6. Counsel has also spoken to the government who does not object to this request.

7. Mr. Buchanan respectfully requests that this honorable court continue the sentencing hearing until the week of December 18, 2017.

## CONCLUSION

WHEREFORE, Mr. Buchanan respectfully requests that this honorable court continue the sentencing hearing in this matter until the week of December 18, 2017.

Respectfully submitted,

/s/ Joshua B. Adams
Joshua B. Adams
Counsel for Ryan Buchanan

LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173